**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CHESTER BRADDY,** | ) | |
| | ) | **Case No. 1:05-CV-2617** |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **JUDGE ANN ALDRICH** |
| | ) | |
| **MARGARET BRADSHAW, Warden,** | ) | Magistrate Judge |
| | ) | James S. Gallas |
| Respondent. | ) | |
| | ) | **JUDGMENT** |
| | ) | |
| | ) | |

The court has filed its memorandum and order adopting the magistrate judge's report and recommendation in its entirety and dismissing Chester Braddy's ("Braddy") petition for habeas corpus relief.

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation is adopted in its entirety, and Braddy's petition for habeas corpus relief is dismissed. Because Braddy has not made a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability for this order. *See* 28 U.S.C. § 2253(c)(2). Therefore, this order is final, but not appealable.

IT IS SO ORDERED.

                                                                                    */s/* Ann Aldrich
                                                                                     ANN ALDRICH
                                                                                    UNITED STATES DISTRICT JUDGE

**Dated: June 27, 2008**